**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-6161

GARY L. WISE,

Plaintiff - Appellant,

versus

EILEEN JUDSON PALMER, NP at Lieber Medical
Facility; JASMEN MORALES, a/k/a Yasminnie
Morales, LPN at Lieber Medical Facility; RYAN
HUTCHINSON, Doctor and Head Physician at
Lieber Medical Facility; MARTHA GEDERT, a/k/a
Marti Gederts, Director and Health Care
Administrator; GLENN ALEWINE, M.D.; JAMIL A.
EL SHAMI, NP, Individually and in their
Official Capacities,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Matthew J. Perry, Jr., Senior
District Judge.  (CA-04-1752-6-10AK)

Submitted:  July 27, 2005          Decided:  August 2, 2005

Before KING, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Gary L. Wise, Appellant Pro Se.  Norma Anne Turner Jett, NESS, JETT
& TANNER, Bamberg, South Carolina, for Appellees.

—————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gary L. Wise appeals the district court's order accepting the recommendation of the magistrate judge and denying Wise's motion for a preliminary injunction.  We have reviewed the record and find no reversible error.  Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Wise v. Palmer</u>, No. CA-04-1752-6-10AK (D.S.C. Jan. 28, 2005).  We deny Wise's motion for an emergency hearing.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>